ORIGINAL FILED

2019 AUG 14 AM 10:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**SACR19-00143 DOC**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KARLA MONTANO,<br> aka "Karla Cervantes Montano,"<br>   "Cervantes Karla E. Montano,"<br>   "Karla Esmeralda Montano,"<br>and "Karla Esmeralda Montano Cervantes,"<br><br>   Defendant. | Case No.<br><br><u>I N F O R M A T I O N</u><br><br>[26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of False Income Tax Returns] |

The United States Attorney charges:

COUNTS ONE THROUGH FIVE

[26 U.S.C. § 7206(2)]

1. At times relevant to this Information:

   a. Defendant KARLA MONTANO, also known as "Karla Cervantes Montano," "Cervantes Karla E. Montano," "Karla Esmeralda Montano," and "Karla Esmeralda Montano Cervantes," was

the owner and operator of Trebols Income Tax, a tax preparation service located in Santa Ana, California.

      b.    While preparing her taxpayer-clients' federal tax returns for the Internal Revenue Service ("IRS"), defendant MONTANO falsely claimed deductions, credits, and exemptions, for which her taxpayer-clients did not in fact qualify, in order to obtain fraudulently inflated refunds from the IRS.

      c.    Once the inflated refunds were issued, defendant MONTANO took a portion of those refunds for herself, without the knowledge or consent of the respective taxpayer-clients.

      d.    As a result of defendant MONTANO's actions, the IRS incurred a tax loss of over $700,000.

2.    On or about the dates set forth below, in Orange County, within the Central District of California, and elsewhere, defendant MONTANO willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the IRS, of U.S. Individual Income Tax Returns, Forms 1040, for the years and in the names of the taxpayers set forth below, which returns were false and fraudulent as to a material matter, in that each tax return falsely claimed a refund, based, in part, upon false Schedule A unreimbursed business expense deductions, whereas, as defendant MONTANO then knew, the taxpayers for whom the tax returns were prepared were not entitled to claim such Schedule A unreimbursed business expense deductions:

| COUNT | TAX YEAR | FILING DATE | TAXPAYERS | AMOUNT OF FALSELY CLAIMED UNREIMBURSED BUSINESS EXPENSE DEDUCTION |
|---|---|---|---|---|
| ONE | 2014 | 04/06/2015 | O.L. and T.L. | $38,260 |
| TWO | 2015 | 02/17/2016 | E.R. and M.S. | $42,068 |
| THREE | 2015 | 02/14/2016 | D.A. and T.A. | $40,088 |
| FOUR | 2016 | 05/10/2017 | D.A. and T.A. | $47,769 |
| FIVE | 2016 | 03/02/2017 | R.H. and E.A. | $39,041 |

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana
Branch Office

DANIEL S. LIM
Assistant United States Attorney
Santa Ana Branch Office